## (April 20, 1970)

■ In the Matter of BERNARD BROVENDER, Doing Business as HERKIMER WINE & LIQUOR STORE, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Motion by petitioner for a stay pending determination of proceeding. Motion dismissed as academic, without costs. The proceeding is decided herewith. Christ, P. J., Hopkins, Munder, Latham and Benjamin, JJ., concur.

■ In the Matter of JAMES R. LIMONGELLI, Petitioner, v. DONALD S. HOSTETTER et al., Constituting the State Liquor Authority, Respondents.— Motion by petitioner to compel respondents to return, renew and reissue petitioner's tavern liquor license and to stay all further proceedings to enforce respondents' determination dated October 22, 1969, pending disposition of petitioner's proceeding. The license expired by its terms on February 28, 1970. Motion denied. The proceeding is decided herewith. Hopkins, Acting P. J., Munder, Martuscello, Brennan and Benjamin, JJ., concur.